■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SCULLY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 7, 1975, convicting him of attempted assault in the first degree, upon a jury verdict, and sentencing him to one year in the New York City Correctional Institution. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to the time already served, with defendant to be continued on probation for a period of three years, and case remanded to the Criminal Term to fix the conditions of probation and for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). As so modified, judgment affirmed. Under the circumstances of this case, we believe the sentence as reduced herein is adequate. Rabin, Acting P. J., Hopkins, Martuscello, Christ and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY SANGETTI, Appellant, v JAMES S. MONROE, as Warden of the Brooklyn House of Detention for Men, Respondent.—Appeal by petitioner from a judgment of the Supreme Court, Queens County, dated May 17, 1973, which denied his application for a writ of habeas corpus. Judgment affirmed, without costs. The record clearly establishes that the delay between arrest and arraignment and the trial was primarily attributable to petitioner's own conduct. Latham, Acting P. J., Margett, Christ, Brennan and Munder, JJ., concur.

■ AMY B. RANDALL, Appellant, v BERNARD J. RANDALL, Respondent.— The attorney for the petitioner-appellant on this appeal from an order of the Family Court, Nassau County, entered August 11, 1975, has advised this court by letter dated November 20, 1975, after a conference held in this court before Mr. Justice Gittleson on November 3, 1975, that the appeal is withdrawn. In accordance with the foregoing, the appeal is withdrawn, without costs, and it is ordered that the clerk of the Supreme Court, Nassau County, place this case on the Trial Calendar for December 15, 1975, subject to the previous filing of a note of issue and a statement of readiness. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.